**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 26-1051**

———————

In re:  MICHAEL R. WHITE,

          Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:21-cv-00309-ELH)

———————

Submitted:  April 23, 2026          Decided:  April 28, 2026

———————

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Michael R. White, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael R. White petitions for writ of mandamus, alleging that the district court failed to rule on his motion for reconsideration in the underlying case in which White is not a party prior to transmitting the defendant's appeal in that cast to this court. He seeks an order from this court directing the district court to act on his motion. Our review of the district court's docket reveals that the district court denied White's motion on January 29, 2026. We deny White's motion seeking to prohibit dismissal of the appeal of the underlying judgment and, because the district court has ruled on White's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*